IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| FLYNN, LANCE E., and ) | Case No. 17-71844 |
| BARLOW-FLYNN, CHRISTINA A., ) | Chapter 7 |
| ) | |
| DEBTORS. ) | |
| ) | |
| JAMES R. INGHRAM, TRUSTEE, ) | |
| Plaintiff. ) | |
| ) | Adversary No. |
| v. ) | |
| ) | |
| KNIGHTS OF COLUMBUS ) | |
| Defendant. ) | |

## COMPLAINT

**NOW COMES** James R. Inghram, Chapter 7 Trustee, Plaintiff, by Inghram Law Offices, his attorneys, and for his Complaint states as follows:

## PARTIES

1. James R. Inghram, Chapter 7 Trustee ("Plaintiff") is the duly qualified and acting Chapter 7 Trustee of the bankruptcy estate of the Debtor.

2. Defendant, Knights of Columbus ("Knights") is a fraternal service organization which may be served with process in this action by mail, postage prepaid, a true and correct copy of this Complaint and Summons to the Chief Executive Officer, Carl A. Anderson, Knights of Columbus Headquarters, 1 Columbus Plaza, New Haven, CT 06510.

## JURISDICTION AND VENUE

3. This Court has jurisdiction over this matter pursuant to the provisions of 28 USC §§ 157 and 1334 and 11 USC § 363. Plaintiff consents to entry of final orders or judgment by the bankruptcy court.

4. Venue is proper in this district pursuant to 28 U.S.C. § 1408 and § 1409 because the Debtors' Chapter 7 bankruptcy proceeding is pending in this district and the causes asserted herein arise under Title 11 or arise in or are related to a case under Title 11.

5. On November 28, 2017, Debtors filed their Chapter 7 Voluntary Petition in Bankruptcy Court, Central District of Illinois, Springfield Division, whereupon an order for relief was entered.

6. Debtor, Christina A Barlow-Flynn's, assets included a life insurance policy number 0100B14656 with the Defendant issued September 28, 1985 and assigned to her by the previous owner Rita Barlow on March 10, 2014 having an approximate cash surrender value of $8,000.00 which is an asset of the bankruptcy estate.

## ENTITY IN POSSESSION PURSUANT TO 11 U.S.C. § 542

7. Defendant, Knights, is in possession, custody and control of the cash surrender value of the life insurance policy and is unable to surrender the cash surrender value without an Order from this Court directing Defendant to turn over the cash surrender value.

8. Pursuant to 11 USC 542, Defendant, Knights, is required to "deliver to the Trustee" the cash surrender value of the life insurance policy and to "account" for the value of the cash surrender value of the life insurance policy.

**WHEREFORE**, Plaintiff, James R. Inghram, Trustee prays that this Honorable Court:

A) Enter judgment in favor of the Plaintiff, James R. Inghram, Chapter 7 Trustee, and against Defendant, Knights of Columbus;

B) Direct the Defendant, Knights of Columbus, to turn over to the Trustee all of the cash surrender value of life insurance policy number 0100B14656 and provide an accounting,

_____
James R. Inghram #7317514

Inghram Law Offices
Attorneys at Law
529 Hampshire Street, Suite 409
Quincy, Illinois 62301
Telephone: 217-222-7420
Fax: 217-222-1653
Email: inghram@inghramlaw.com

STATE OF ILLINOIS )
) SS
COUNTY OF ADAMS )

James R. Inghram, being first duly sworn upon his oath, deposes and states that the statements set forth in this instrument are true and correct, except as to those matters therein stated to be on information and belief, and as to such matter the undersigned states as aforesaid that he verily believes the same to be true.

DATED: June 20, 2018

_____
James R. Inghram

Subscribed and sworn to before me this 20th of June, 2018.

"OFFICIAL SEAL"
SHERENE R. INGHRAM
Notary Public, State of Illinois
My Commission Expires 04/18/22

_____
Notary Public

James R. Inghram
Inghram Law Offices
Attorneys at Law
529 Hampshire Street, Suite 409
Quincy, Illinois 62301
Telephone: 217-222-7420
Fax: 217-222-1653
Email: inghram@inghramlaw.com